# In the United States Court of Federal Claims

No. 19-95C

(E-Filed: February 4, 2019)

|  |  |
|---|---|
| I.P., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

<u>ORDER</u>

On January 31, 2019, counsel for plaintiffs filed a consented motion to substitute the attorney record. See ECF No. 5. The filing included the proper information, in accordance with Rule 83.1(c)(4) of the Rules for the United States Court of Federal Claims (RCFC), but neither the motion, the attached exhibits, nor the certificate of service were signed. See id. at 1-6.

As a result of this material deficiency, see RCFC 83.1 (c)(2), the clerk's office is directed to **STRIKE** plaintiffs' motion, **ECF No. 5**, from the docket in this matter.

IT IS SO ORDERED.

s/Patricia E. Campbell-Smith
PATRICIA E. CAMPBELL-SMITH
Judge