UNITED STATES COURT OF FEDERAL CLAIMS

-------------------------------------------------------------------X

I.P., A.C., S.W., D.W., P.V., M.R., R.C., K.W.,

B.G. and R.H.,                                                                 Index No.: 19 Civ. 00095 (PEC)

                                                Plaintiffs,

                        v.

THE UNITED STATES OF AMERICA,

                                                Defendant.

-------------------------------------------------------------------X

## <u>PLAINTIFFS' MULTIPLE PLAINTIFF SUMMARY REPORT</u>

Pursuant to this Court's June 17, 2020 Order [Dkt. No. 66], Plaintiffs I.P., A.C., S.W., D.W., P.V., M.R., R.C., K.W., B.G. and R.H. ( "Named Plaintiffs"), by their undersigned attorneys Bell Law Group, PLLC, on behalf of themselves the following summary report for the Named Plaintiffs who have formally joined the case at this time.

| Name/Pseudonym | State of Residence | Complaint | Remains a Party | Date Dismissed |
|---|---|---|---|---|
| I.P. | North Carolina | Original [Dkt. 1] | Yes | N/A |
| A.C. | New York | Original [Dkt. 1] | Yes | N/A |
| S.W. | Georgia | Original [Dkt. 1] | Yes | N/A |
| D.W. | Georgia | Original [Dkt. 1] | Yes | N/A |
| P.V. | Illinois | Original [Dkt. 1] | Yes | N/A |

| M.R. | New York | Original [Dkt. 1] | Yes | N/A |
| R.C. | New York | Original [Dkt. 1] | Yes | N/A |
| K.W. | New Jersey | Original [Dkt. 1] | Yes | N/A |
| B.G. | New York | Original [Dkt. 1] | Yes | N/A |
| R.H. | North Carolina | Original [Dkt. 1] | Yes | N/A |

Plaintiffs are preparing to submit redacted consent to join forms for the opt-in Plaintiffs and will update this chart to include opt-in Plaintiffs as their forms are filed. Plaintiffs are happy to provide any additional information this Court may request and thank the Court for its attention to this matter.

Dated:  Garden City, New York
        July 14, 2020

                                Respectfully submitted,

                                /s/ *Laura R. Reznick*
                                Laura R. Reznick, Esq.
                                BELL LAW GROUP PLLC.
                                *Attorneys for Plaintiffs*
                                100 Quentin Roosevelt Blvd.
                                Suite 208
                                Garden City, NY 11530
                                Tel: 516-280-3008
                                lr@belllg.com